Form 237

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Scott S. Dextradeur** | : | Case No. 13−23455−GLT |
| **Anita Dextradeur** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| M&T Bank | : | |
| *Movant,* | : | Related to Claim No. 11 |
| | : | |
| v. | : | |
| Scott S. Dextradeur and | : | |
| Anita Dextradeur | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

**ORDER**

     **AND NOW**, this **12th day of December, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *M&T Bank* at Claim No. 11 in the above−captioned bankruptcy case,

     It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Scott S. Dextradeur
Anita Dextradeur
     Debtors

Case No. 13-23455-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Dec 12, 2016
                        Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2016.
db/jdb       +Scott S. Dextradeur,   Anita Dextradeur,   17 West Vine Street,   Mount Pleasant, PA 15666-1421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2016 at the address(es) listed below:
           Alexandra Teresa Garcia   on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
           Ann E. Swartz   on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
           Celine P. DerKrikorian   on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
           Daniel R. White   on behalf of Debtor Scott S. Dextradeur dwhite@zeblaw.com,
            gianna@zeblaw.com;dwhite.zmw@gmail.com
           Daniel R. White   on behalf of Joint Debtor Anita  Dextradeur dwhite@zeblaw.com,
            gianna@zeblaw.com;dwhite.zmw@gmail.com
           James  Warmbrodt   on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
           Joshua I. Goldman   on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
           Laurence A. Mester   on behalf of Creditor    The Bank of New York Mellon
            lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 10