IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Scott S. Dextradeur, | : | Case No.  13-23455 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No.  117 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
<u>NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

I, Daniel R. White, Attorney for Debtor, certify that on March 24, 2017, I served a copy of the Court's February 21, 2017, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Westmoreland County, Attn Human Resources, 2 North Main Street, Suite 111, Greensburg, PA 15601.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: March 24, 2017

                                                    ZEBLEY MEHALOV & WHITE, P.C.
                                                    BY

                                                    /s/ Daniel R. White
                                                        Daniel R. White
                                                        PA I.D. No. 78718
                                                        P.O. Box 2123
                                                        Uniontown, PA 15401
                                                        724-439-9200
                                                        Email: dwhite@Zeblaw.com
                                                        Attorneys for Debtors