File No. 10587

FILED
8/21/17 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No.  13-23455 GLT |
|---|---|---|
| Scott S. Dextradeur and Anita Dextradeur, | : | Chapter 13 |
|  | : | Related to Dkt. No. 121 |
| Debtors. | : |  |
| Anita Dextradeur, | : |  |
| Movant, | : |  |
| vs. | : |  |
| Tots N Tikes, Inc. and Ronda J. Winnecour, | : |  |
| Respondents. | : |  |

D #1/#2 SSN: xxx-xx-4752

ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

    The above-named Debtors, having filed a Chapter 13 petition and Debtors having moved to attach wages of Anita Dextradeur to fund the Chapter 13 plan,

    IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor, Anita Dextradeur, receives income:

    Tots N Tikes, Inc.
    Attn: Payroll Department
    10 South Eighth Street
    Youngwood, PA 15697

shall deduct from said income the sum of $310 bi-weekly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

    RONDA J. WINNECOUR
    CHAPTER 13 TRUSTEE, W.D. PA
    P.O. Box 84051
    Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the Debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED THIS 21ST DAY OF AUGUST, 2017.

_____  jah
Gregory L. Taddonio
U.S. Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Scott S. Dextradeur  
Anita Dextradeur  
       Debtors

Case No. 13-23455-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 1      Date Rcvd: Aug 21, 2017  
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2017.  
jdb          +Anita Dextradeur,   17 West Vine Street,   Mount Pleasant, PA 15666-1421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2017 at the address(es) listed below:

         Alexandra Teresa Garcia   on behalf of Creditor   M&T BANK ecfmail@mwc-law.com  
         Ann E. Swartz   on behalf of Creditor   M&T BANK ecfmail@mwc-law.com  
         Celine P. DerKrikorian   on behalf of Creditor   M&T BANK ecfmail@mwc-law.com  
         Daniel R. White   on behalf of Debtor Scott S. Dextradeur dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
         Daniel R. White   on behalf of Joint Debtor Anita  Dextradeur dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
         James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
         Joshua I. Goldman   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
         Laurence A. Mester   on behalf of Creditor   The Bank of New York Mellon lmester@mesterschwartz.com,  jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

                                                                                                                            TOTAL: 10