File No.:10587

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Anita Dextradeur, | : | Case No.  13-23455 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No.  123 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
<u>NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

I, Daniel R. White, Attorney for Debtor, certify that on August 29, 2017, I served a copy of the Court's August 21, 2017, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Tots N Tikes, Inc., Attn Payroll Department, 10 South Eighth Street, Youngwood, PA 15697.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: August 29, 2017

                                        ZEBLEY MEHALOV & WHITE, P.C.
                                        BY

                                        /s/ Daniel R. White
                                            Daniel R. White
                                            PA I.D. No. 78718
                                            P.O. Box 2123
                                            Uniontown, PA 15401
                                            724-439-9200
                                            Email: dwhite@Zeblaw.com
                                            Attorneys for Debtors