File No.:10587

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Scott S. Dextradeur, | : | Case No. 13-23455 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 122 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on August 29, 2017, I served a copy of the Court's August 21, 2017, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Westmoreland County, Attn Human Resources, 2 North Main Street, Suite 111, Greensburg, PA 15601.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: August 29, 2017

                                              ZEBLEY MEHALOV & WHITE, P.C.
                                              BY

                                              /s/ Daniel R. White
                                                 Daniel R. White
                                                 PA I.D. No. 78718
                                                 P.O. Box 2123
                                                 Uniontown, PA 15401
                                                 724-439-9200
                                                 Email: dwhite@Zeblaw.com
                                                 Attorneys for Debtors