Certificate Number: 14912-PAW-DE-031458445

Bankruptcy Case Number: 13-23455



14912-PAW-DE-031458445

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2018, at 4:42 o'clock PM EDT, Scott Dextradeur completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 11, 2018                   By:      /s/Jai Bhatt

                                          Name:  Jai Bhatt

                                          Title:   Counselor