**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/11/18 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　SCOTT S. DEXTRADEUR<br>　ANITA DEXTRADEUR<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　SCOTT S. DEXTRADEUR<br>　ANITA DEXTRADEUR<br>　　Respondents | Case No.13-23455GLT<br><br>Chapter 13<br><br>Document No. __134__ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___11th___ day of __September__, 20_18_, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　Tots N Tikes Incorporated
　　　　　Attn: Payroll Manager
　　　　　10 South 8Th St
　　　　　Youngwood,PA 15697

is hereby ordered to immediately terminate the attachment of the wages of ANITA DEXTRADEUR, social security number XXX-XX-2774.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANITA DEXTRADEUR.

Dated: 9/11/18

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

cc: Debtor(s)
　　Debtor(s) Attorney

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GREGORY L. TADDONIO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Scott S. Dextradeur  
Anita Dextradeur  
      Debtors

Case No. 13-23455-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr    Page 1 of 1    Date Rcvd: Sep 11, 2018  
                   Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
```
db             +Scott S. Dextradeur,    17 West Vine Street,    Mount Pleasant, PA 15666-1421
jdb           #+Anita Dextradeur,    17 West Vine Street,    Mount Pleasant, PA 15666-1421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2018 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Daniel R. White    on behalf of Debtor Scott S. Dextradeur dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Anita  Dextradeur dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    The Bank of New York Mellon
               lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10
```