IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Scott S. Dextradeur and Anita Dextradeur, | : | Case No. 13-23455 GLT |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Scott S. Dextradeur and Anita Dextradeur, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondent. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW comes the Debtors, Scott S. Dextradeur and Anita Dextradeur, by and through their counsel, Zebley Mehalov & White, and certify under penalty of perjury that the following statements are true and correct:

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 16, 2018, at docket number 140, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing Certifications of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificates of Completion attached to the form.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated:   October 30, 2018

                                        ZEBLEY MEHALOV & WHITE, P.C.

                         BY:  /s/ Daniel R. White
                                      Daniel R. White, Esquire
                                      PA I.D. No. 78718
                                      P.O. Box 2123
                                      Uniontown, PA 15401
                                      724-439-9200
                                      dwhite@Zeblaw.com